UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO            )        MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION       )            ALL CASES

## ORDER

The Judicial Panel on Multidistrict Litigation has transferred certain product liability actions relating to the drugs Celexa and Lexapro to this Court for coordinated pretrial proceedings.  As the number and complexity of these actions warrant holding a single, coordinated initial case management conference for all actions in <u>In Re: Celexa and Lexapro Products Liability Litigation</u>, MDL No. 1736, the Court orders as follows:

**IT IS HEREBY ORDERED** that prior to the initial pretrial conference (which will be set by separate Order) and entry of a comprehensive order governing all further proceedings in this case, the provisions of this Order shall govern the practice and procedure in all actions that were transferred to this Court by the Panel. This Order also applies to all "tag-along actions" later filed in, removed to or transferred to this Court.

**IT IS FURTHER ORDERED** that the civil actions transferred to this Court are consolidated for pretrial purposes.  Any "tag-along actions" later filed in,

removed to, or transferred to this Court will automatically be consolidated with this action without the necessity of future motions or orders.

**IT IS FURTHER ORDERED** that defendants are granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set by this Court. Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of April, 2006.