UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## **MEMORANDUM AND ORDER**

Following briefing by the parties and a hearing, and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that the "hard-copy" documents previously scanned by defendants are to be reviewed by plaintiffs in a document depository in a location to be agreed upon the parties.

**IT IS FURTHER ORDERED** that defendant shall provide electronic copies to plaintiffs of these "hard-copy" documents for the charge of $.07 per page, exclusive of normal shipping charges; **however, the total cost to plaintiffs for the production of all of these documents cannot exceed $112,500.**

**IT IS FURTHER ORDERED** that the production of electronically stored information shall proceed initially in the manner agreed upon by counsel during the hearing, subject to further rulings by this Court if necessary.

**IT IS FURTHER ORDERED** that both parties shall preserve electronic evidence in the manner agreed upon by counsel during the hearing, subject to

further rulings by this Court if necessary.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed case management order for the Court's consideration by no later than **November 27, 2006.**

**IT IS FURTHER ORDERED** that there will be a status conference in this case on **February 27, 2007, at 10:30 a.m. in Courtroom 10-South.** The parties may, but are not required to, offer background presentations for the Court's consideration during this conference.

 

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2006.