UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

This matter is before me on the joint status report filed by the parties on March 27, 2007. I will sign the joint proposed order and grant defendants' motion to amend their counsel list, but I am setting the defendants' motion to approve fact sheet for a hearing on April 16, 2007 at 10:30 a.m. in Courtroom 10-South.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Proposed Practice and Procedure Order Upon Transfer [#151] is approved by the Court and entered this same date.

**IT IS FURTHER ORDERED** that the motion to amend/correct attorneys on counsel list [#153] is granted.

**IT IS FURTHER ORDERED** that there will be a hearing on defendants' motion to approve fact sheet on **April 16, 2007 at 10:30 a.m. in Courtroom 10-South.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2007.