UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

The Court received a letter from a paralegal requesting a continuance of the April 27, 2007 hearing on defendants' motion to approve fact sheets. Local rules prohibit communication with the Court by letter. Any requests for a continuance must be made by written motion and signed by an attorney. Such motion shall also indicate whether opposing counsel consents to the motion, and shall be filed no later April 18, 2007. Do not send any more letters to the Court.

**IT IS HEREBY ORDERED** that **any motion to continue the hearing on defendants' motion to approve fact sheet must be filed no later than April 18, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2007.