UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that defendant Forest Pharmaceuticals' motion to dismiss plaintiff Kathleen Higgins' second amended complaint [#162-1] is granted, and plaintiff Kathleen Higgins' claims against defendant Forest Pharmaceuticals' in Cause Number 4:06CV1098 are dismissed with prejudice.

**IT IS FURTHER ORDERED** that defendant Forest Pharmaceuticals' alternative motion to transfer [#162-2] is denied as moot.

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' motion to dismiss plaintiff Kathleen Higgins' second amended complaint is denied [#133-1].

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' alternative motion to transfer [#133-2] Kathleen Higgins, Individually, and as Personal Representative of the Estate of Francis Krivicich, deceased vs. Forest Laboratories. Inc., Cause Number 4:06CV1098, is granted, and Kathleen Higgins,

Individually, and as Personal Representative of the Estate of Francis Krivicich, deceased vs. Forest Laboratories. Inc., is hereby transferred to the United States District Court for the Western District of Virginia.

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' motion to dismiss [#138] Carmen Hill, individually, as next friend of Morgan Hill, a minor, and as personal representative of the Estate of Alan Hill, deceased vs. Forest Laboratories, Inc., Cause Number 4:06CV1812, is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2007.