UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

### MEMORANDUM AND ORDER

Because plaintiff Annabel Dobbs admits that summary judgment in favor of defendant Forest Laboratories should be granted,

**IT IS HEREBY ORDERED** that Forest Laboratories' motion for summary judgment [#191] in <u>Dobbs v. Forest Laboratories, Inc</u>., Cause Number 4:06CV671 RWS, is granted, and plaintiff's claims against defendant Forest Laboratories, Inc. are dismissed with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2007.