UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE CELEXA AND LEXAPRO          )          MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION     )              ALL CASES


## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff George Rada's pro se motion for

enlargement of time is granted, and plaintiff shall have an additional sixty (60)

days to complete the medical authorization forms.




_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE



Dated this 26th day of July, 2007.