UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO )  MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION )  ALL CASES

## MEMORANDUM AND ORDER

This matter is before me on plaintiff George Rada's motion for a 60-day extension of time to execute the required medical releases. Plaintiff, who is proceeding pro se, claims the additional time is needed because he is attempting to find counsel to represent him. The Court will deny plaintiff's request for a 60-day extension of time, but will give him until October 12, 2007, to execute the medical releases. The Court has already ordered that the plaintiffs must execute these releases, and this ministerial matter should not affect plaintiff's search for a lawyer to represent him. Moreover, this Court currently has before it a motion by the defendants to sanction all plaintiffs who have failed and refused to execute medical releases in accordance with my prior Orders, so I find that an additional 60-day extension of time would unnecessarily dely these proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff George Rada's motion for extension of time [#259] is granted in part only, and plaintiff shall be granted an

extension of time, up to and including October 12, 2007, to execute the medical records release.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September , 2007.