UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

### MEMORANDUM AND ORDER

Following today's hearing and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss, to require every other plaintiff to execute a compliance declaration and to establish a procedure for dismissal of plaintiffs who fail to comply [#248] is denied without prejudice, subject to be renewed at a later time if appropriate.

**IT IS FURTHER ORDERED** that plaintiffs **shall provide to defendants a summary of the status of the computer hard drive imaging process for all plaintiffs by November 20, 2007**.

**IT IS FURTHER ORDERED** that there will be a status hearing in this matter on **Thursday, December 13, 2007 at 1:30 p.m. in Courtroom 10-South**.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed amended case management order no later than **December 10, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2007.