UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER OF DISMISSAL

On October 29, 2007, this Court ordered plaintiff George Rada to show cause why his complaint should not be dismissed for his failure to comply with this Court's Orders and to execute the medical records release despite being granted extensions of time to do so. Rada has failed to respond to the Show Cause Order, and his time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff George Rada's complaint in consolidated Case Number 4:07CV1076 RWS is dismissed with prejudice for his failure to prosecute and comply with the Orders of this Court.

A separate Judgment is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November , 2007.