UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

Following today's hearing and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the parties shall file their briefs on cost issues for the forensic imaging of plaintiff's computer hard drives by no later than **January 16, 2008. The briefs shall not exceed fifteen (15) pages in length**. Responsive briefs shall be filed no later than **January 30, 2008. Responsive briefs shall not exceed fifteen pages in length. No reply briefs are permitted.**

**IT IS FURTHER ORDERED** that there will be a status hearing in this matter on **March 12, 2008 at 2:00 p.m. in Courtroom 10-South**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of December, 2007.