UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION ) | ALL CASES |

### MEMORANDUM AND ORDER

This matter is before me on the first motion to withdraw as counsel for plaintiff Ashley Smith, Cause Number 4:06CV714 RWS [#330]. For the Court to consider this motion, plaintiff's counsel must file proof of their notice to plaintiff of their intent to withdraw as counsel (which must include proof that a copy of the pending motion and this Order have been served upon plaintiff), and plaintiff's last known address and telephone number. Once these materials have been filed, plaintiff will have 30 days to respond to the motion to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's counsel shall file the materials as required by this Order no later than July 15, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2008.