UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

On June 30, 2008, I gave plaintiff's counsel until July 15, 2008 to supplement the first motion to withdraw as counsel for plaintiff Ashley Smith, Cause Number 4:06CV714 RWS [#330]. Plaintiff's counsel has failed to file the materials required by my June 30, 2008 Order, and the time for doing so has now expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's first motion to withdraw as counsel for plaintiff Ashley Smith, Cause Number 4:06CV714 RWS [#330], is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2008.