UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

### MEMORANDUM

For good cause shown, the second motion to withdraw as counsel for plaintiff Ashley Smith in Cause Number 4:06CV714 RWS [#354], filed by plaintiff's counsel, will be granted once plaintiff's counsel files a memorandum with the Court containing plaintiff Ashley Smith's current address and telephone number.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2008.