UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO )        MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION )        ALL CASES

## <u>MEMORANDUM AND ORDER</u>

This matter is before me upon the Court's receipt of a hand-written

document entitled "Notice of Entry of Appearance" filed by Jonathan Lee Riches.

The document, which contains no certificate of service, states that Riches "moves

to enter his appearance in this litigation on behalf of all the plaintiffs."  Although I

will order the Clerk of the Court to file this document so that the Court's record is

complete, the motion for entry of appearance will be denied.  Riches is not an

attorney and cannot enter his appearance on behalf of plaintiffs in this litigation.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket the

"Notice of Entry of Appearance" received by Jonathan Lee Riches as a motion for

leave to file an entry of appearance.

---

[1]Riches is a prisoner who is a "frequent filer of frivolous lawsuits across the nation."  <u>See</u> Riches v. Union Carbide Corp.</u>, 1:08CV98 LMB (E. D. Mo. filed July 15, 2008) (noting that Riches filed 989 actions in federal court between February, 2006 and February 20, 2008); <u>Nadist v. Doe Run Resources Corp.</u>, 4:06CV969 CDP (E.D. Mo. filed September 18, 2008) (Eighth Circuit summarily affirming district court's decision to deny Riches leave to intervene in five pending actions in this district).

**IT IS FURTHER ORDERED** that the motion for leave to file an entry of appearance filed by Jonathan Lee Riches is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2008.