UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO ) MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION ) ALL CASES

## MEMORANDUM AND ORDER

This matter is before the Court following today's status conference with counsel. The issue of the extent of defendants' redactions in their clinical trial documents that are to be produced to plaintiffs came before the Court, and after argument by counsel,

**IT IS HEREBY ORDERED** that only patient identifier information shall be redacted from the defendants' clinical trial documents.

**IT IS FURTHER ORDERED** that there will be a telephone status conference with counsel to discuss mediation on **September 15, 2009 at 11:30 a.m. Plaintiffs' counsel is responsible for initiating the call and should contact my chambers at 314-244-7430 only after all necessary parties are on the line and ready to proceed.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2009.