# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CELEXA AND LEXAPRO**
**PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Robin Hall, etc. v. Forest Laboratories, Inc., et al. | ) | |
| S.D. West Virginia, C.A. No. 2:10-1088 | ) | MDL No. 1736 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE JANUARY 27, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Hall*) on October 5, 2010. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Hall* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Hall* was dismissed in the Southern District of West Virginia by the Honorable John T. Copenhaver, Jr., in an order filed on December 21, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-32" filed on October 5, 2010, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel