UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CELEXA AND LEXAPRO PRODUCTS
LIABILITY LITIGATION
    Oliver v. Forest Laboratories, Inc., et al.,    )
        S.D. Ohio, C.A. No. 1:11-00511    )    MDL No. 1736

ORDER DEEMING MOTION MOOT

    Before the Panel is a joint motion by plaintiff Shauna J. Oliver and defendants Forest Laboratories, Inc., et al., seeking transfer of the above action (*Oliver*) pursuant to 28 U.S.C. § 1407. In their motion, the parties seek transfer of this action to the Eastern District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 1736. This action has since been transferred to the Eastern District of Missouri pursuant to a conditional transfer order that became final on August 23, 2011.

    IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel