UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## **MEMORANDUM AND ORDER**

I have reviewed the joint memorandum filed by the parties regarding any remaining issues to be resolved by this Court before the remaining cases are returned to their transferor courts for trial.  Because Forest's preemption defense does not involve common questions of fact, it is not appropriate for resolution by this Court.  Therefore, it appears that this case is now ready to be remanded.  I would like the parties to file a proposed joint Order of Remand for the Court's consideration by April 19, 2013.  I will then hold a final telephone status conference with the attorneys on April 26, 2013 to clean up any remaining issues before I remand these cases for trial.  I thank the lawyers for the courteous and professional manner in which they have dealt with this Court, its staff, and each other.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint proposed Order of Remand for the Court's consideration by **April 19, 2013.**

**IT IS FURTHER ORDERED** that there will be a telephone status conference on **April 26, 2013 at 11:30 a.m.**  Plaintiffs' counsel is responsible for initiating the call and should contact my chambers at 314-244-7430 only after all necessary parties are on the line and ready to proceed.  Plaintiff's counsel shall call my chambers directly instead of sending instructions to my chambers to use a call in and pass code number.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 15th day of March, 2013.